Certificate Number: 05781-PR-DE-041195233

Bankruptcy Case Number: 26-02484



05781-PR-DE-041195233

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 12, 2026, at 10:29 o'clock AM PDT, Luis Joel Molina Hernadez completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the District of Puerto Rico.

Date:  July 12, 2026                    By:      /s/Allison M Geving

                                        Name:  Allison M Geving

                                        Title:   President